IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-0001 |
| Plaintiff, | |
| -vs- | JUDGE DAVID A. RUIZ |
| DARONE LAMONT CRAWFORD, | ORDER |
| Defendant. | |

This matter was before the Court on October 8, 2025, for a final hearing and sentencing in connection with the Government's request for revocation of Defendant's supervised release. The Defendant was present and represented by counsel. Defendant previously appeared before Magistrate Judge James Grimes, at which time Defendant, represented by counsel, executed a waiver of preliminary hearing and a waiver of detention hearing. R. 27. The Magistrate Judge issued a report and recommendation, *Id.*, finding that Defendant knowingly and voluntarily admitted to violations of his supervised release conditions. The violations are described as follows:

(1) Violation #1: Violation of Special Condition #2- Mental health Treatment; and

(2) Violation #2: Dangerousness to Himself or Others Due to Mental Illness;

*See, e.g.*, R 13 and R. 28 (Superseding Violation Reports).

No party filed an objection to the Report and Recommendation. As explained on the record during the sentencing hearing on Defendant's supervised release violations, the undersigned considered the parties' positions, the record before the Court, and the Report and Recommendation. Finding no plain error, the Court adopted the Report and Recommendation in its entirety.

In addition, during the sentencing hearing the Court explained its consideration of the pertinent statutory factors set forth in 18 U.S.C. section 3583(e), (e)(3), (g), in connection with Defendant's supervised release violations. For the reasons set forth during the hearing, the Court sentenced Defendant to time-served within the custody of Bureau of Prisons for such violations, subject to home inspection, followed by 24-months of supervised release with unsatisfied original mandatory, standard and special conditions reimposed along with alcohol restriction and mental health medications requirements, and Defendant to provide confirmation of mental health appointments and treatment to supervising officer, all as set forth on the record. Defendant advised of appeal rights.  Defendant remanded to the custody of the U.S. Marshal Service until further order.

IT IS SO ORDERED.

Date: October 13, 2025

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge